COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Charles Ronald Wade, Appellant v. Harris County, Harris County
Department of Education, Port of Houston Authority of Harris County,
Harris County Flood Control District, Harris County Hospital District,
City of Houston, Houston Independent School District, and Houston
Community College System, Appellees

Appellate case number:  01-15-00155-CV

Trial court case number:  2011-69056

Trial court:            295th District Court of Harris County

    Appellant Charles Ronald Wade's motion for rehearing and his alternative motion for an injunction, abatement, or stay are **denied.**

Justice's signature:  /s/ Harvey Brown
                      Acting for the Court

Panel consists of: Justices Bland, Brown, and Lloyd

Date: August 23, 2016